KAISER ALUMINUM & CHEMICAL CORPORATION

v.

Alex ROMANOWICZ.

No. 79–45–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Quinn, Cuzzone & Geremia, Cameron P. Quinn, Providence, for plaintiff-appellee.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for defendant-appellant.

## ORDER

The employee's motion to grant his appeal is denied. The employer's motion for extension of the time for filing its brief to December 15, 1979 is granted.

DORIS, J., did not participate.

Pamela LOTITO

v.

Ciro J. LOTITO.

No. 79–450–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Aram K. Berberian, Cranston, for petitioner.

Stephen J. Fortunato, Jr., Pawtucket, for respondent.

## OPINION

A determination on the petition for writ of habeas corpus is hereby withheld pending petitioner's submission of transcripts of the Family Court hearings held on July 25, November 2 and November 6, 1979.

DORIS, J., did not participate.

PROVIDENCE GAS COMPANY

v.

Edward F. BURKE, Administrator.

No. 79–366–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti, Robert J. Ferranty, Providence, for petitioner, Providence Gas Company.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for respondent.

## ORDER

The petitioner's motion to consolidate this case with *Roberts II et al. v. Providence Gas Company*, R.I., 408 A.2d 621 is granted.

DORIS, J., did not participate.